**Sean K. McElenney**
**Nevada Bar No. 9122**
**BRYAN CAVE LEIGHTON PAISNER LLP**
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Email: sean.mcelenney@bclplaw.com

Attorney for Defendant Citizens Bank, N.A.

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LARRY EUGENE NEAL, JR., | Civil Case Number: 2:26-cv-01253-JCM-EJY |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| -against- | **(FIRST REQUEST)** |
| CITIZENS BANK, N.A., TILT CARD, INC., formerly known as PETAL CARD, INC., EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE:  (602) 364-7000

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiff Larry Eugene Neal, Jr. ("Plaintiff") and Defendant Citizens Bank, N.A. ("Citizens") hereby stipulate to a thirty (30) day extension of time, up to and including June 19, 2026, for Citizens to respond, whether by answer or motion, to Plaintiff's Complaint. The grounds for the requested stipulation are:

1.      Plaintiff filed his Complaint on April 23, 2026. *See* ECF No. 1.

2.      Citizens was served with process on April 29, 2026.

3.      Citizens' current deadline to respond to Plaintiff's Complaint is May 20, 2026.

4.      Citizens respectfully requests an extension of thirty (30) days, up to and including June 19, 2026, to respond to the Complaint.

5.      Plaintiff has no objection to an extension of thirty (30) days for Citizens to respond.

6.      This is Citizens' first request for an extension of time.

7.      Good cause exists for this time extension. Citizens requires additional time to review Plaintiff's Complaint and prepare a response. The extension will also permit the parties to facilitate discussions between Citizens and Plaintiff about a potential early resolution.

8.      The requested extension of time will not prejudice Plaintiff and will not unduly delay this litigation. It will not affect any other deadline in this case. No scheduling order or other deadlines have been entered by the Court in this matter.

Therefore, for the foregoing reasons, Citizens respectfully requests that the Court enter an order granting this Stipulation and extending Citizens' deadline to respond to Plaintiff's Complaint by thirty (30) days, up to and including June 19, 2026.

Dated this 20th day of May, 2026.

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Sean K. McElenney*
Sean K. McElenney
Nevada Bar No. 9122
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Email: sean.mcelenney@bclplaw.com

*Attorney for Defendant Citizens Bank, N.A.*

**HERNANDEZ & MASSI**

*/s/ Kevin L. Hernandez (with permission)*
Kevin L. Hernandez
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
Telephone: (702) 563-4450
Email: kevin@hernandezandmassi.com

*Attorney for Plaintiff Larry Eugene Neal, Jr.*

**IT IS SO ORDERED**:

By: _____
United States Magistrate Judge, Elayna J. Youchah

Dated: ___May 20, 2026_____

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE:      (602) 364-7000