J. Christopher Jorgensen (SBN 5382)
Anona Su (SBN 16140)
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV 89113
Telephone: 702-474-2625
Christopher.Jorgensen@wbd-us.com
Anona.Su@wbd-us.com

*Attorneys for Defendants*
*TILT CARD, INC. F/K/A PETAL CARD, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY EUGENE NEAL, JR, | Case No.: 2:26-cv-01253-JCM-EJY |
| Plaintiffs, | |
| vs. | |
| CITIZENS BANK, N.A., TILT CARD, INC. F/K/A PETAL CARD, INC., EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC. | **DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME** |
| Defendants. | |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME

Defendant, Tilt Card, Inc., formerly known as Petal Card, Inc. ("Tilt"), respectfully moves for an extension of their time to answer, move, or otherwise plead in response to the Complaint filed by Plaintiff, Larry Eugene Neal, Jr. ("Plaintiff"), and state as follows:

1.      Plaintiff initially filed his Complaint on or about April 23, 2026. (Dkt. No. 1).

2.      Plaintiff served Defendants with summons and copies of the Complaint on April 29, 2026. (Dkt. No. 6).

3.      By rule, the original deadline for Defendant to answer, move, or otherwise plead in response to the Complaint was May 20, 2026.

-1-
DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

4.      Counsel for Defendant was recently retained in this matter and requires more time to complete their investigation of Plaintiff's allegations and to prepare a response.

5.      Defendant therefore requests an extension of its deadline to answer, move, or otherwise plead in response to the Complaint up to and including June 26, 2026.

6.      This motion is not intended to cause delay, and no party will be prejudiced by the extension requested in this motion.

7.      Counsel for Plaintiff indicated that he does not oppose the relief requested herein.

WHEREFORE, Defendant, Tilt Card, Inc., formerly known as Petal Card, Inc., respectfully requests that this Court enter an Order extending its time to answer, move, or otherwise plead in response to Plaintiff, Larry Eugene Neal, Jr.'s Complaint, up to and including June 26, 2026, and granting any such further relief that the Court deems just and appropriate.

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: ___June 4, 2026_____

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Anona Su*_____
   J Christopher Jorgensen (SBN 5382)
   Anona Su (SBN 16140)
   8488 Rozita Lee Avenue, Suite 400
   Las Vegas, NV 89113

   *Attorneys for Defendants*
   *TILT CARD, INC. F/K/A PETAL CARD, INC.*



8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

-2-
DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME