J. Christopher Jorgensen (SBN 5382)
Anona Su (SBN 16140)
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV 89113
Telephone: 702-474-2625
Christopher.Jorgensen@wbd-us.com
Anona.Su@wbd-us.com

*Attorneys for Defendants*
*TILT CARD, INC. F/K/A PETAL CARD, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LARRY EUGENE NEAL, JR,

     Plaintiffs,

vs.

CITIZENS BANK, N.A., TILT CARD, INC.
F/K/A PETAL CARD, INC., EQUIFAX
INFORMATION SERVICES, LLC, and
EXPERIAN INFORMATION SOLUTIONS,
INC.

     Defendants.

Case No.: 2:26-cv-01253-JCM-EJY

**DEFENDANTS' SECOND UNOPPOSED MOTION TO EXTEND TIME**

Defendant, Tilt Card, Inc., formerly known as Petal Card, Inc. ("Tilt"), respectfully moves for an extension of its time to answer, move, or otherwise plead in response to the Complaint filed by Plaintiff, Larry Eugene Neal, Jr. ("Plaintiff"), and state as follows:

1. Plaintiff initially filed his Complaint on or about April 23, 2026. (Dkt. No. 1).

2. Plaintiff served Defendants with summons and copies of the Complaint on April 29, 2026. (Dkt. No. 6).

3. By rule, the original deadline for Defendant to answer, move, or otherwise plead in response to the Complaint was May 20, 2026.

4. On June 4, 2026, Tilt was granted an extension of its deadline to answer, move, or otherwise plead in response to the Complaint up to and including June 26, 2026. (Dkt. No. 20).

-1-

DEFENDANTS' SECOND UNOPPOSED MOTION TO EXTEND TIME



WOMBLE BOND DICKINSON

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

5.      In the interim, the parties have expressed an interest in settlement and have agreed to extend time for Tilt to file its answer, move, or otherwise plead in response to the Complaint up to and including July 14, 2026.

6.      This motion is not intended to cause delay, and no party will be prejudiced by the extension requested in this motion.

7.      Counsel for Plaintiff indicated that he does not oppose the relief requested herein.

WHEREFORE, Defendant, Tilt Card, Inc., formerly known as Petal Card, Inc., respectfully requests that this Court enter an Order extending its time to answer, move, or otherwise plead in response to Plaintiff, Larry Eugene Neal, Jr.'s Complaint, up to and including July 14, 2026, and granting any such further relief that the Court deems just and appropriate.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated:    June 23, 2026

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/    Anona Su
      J Christopher Jorgensen (SBN 5382)
      Anona Su (SBN 16140)
      8488 Rozita Lee Avenue, Suite 400
      Las Vegas, NV 89113

*Attorneys for Defendants*
*TILT CARD, INC. F/K/A PETAL CARD, INC.*

-2-
DEFENDANTS' SECOND UNOPPOSED MOTION TO EXTEND TIME